7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:*  Jon Michael Robinett – ABOVE MED
*Debtor*

**Rani Robinett**
**Jon Michael Robinett**
   Plaintiff(s)

v.

**Jon Michael Robinett**
**Rani Robinett**
   Defendant(s)

*Bankruptcy Case No.*
14–42565–abf13

*Adversary Case No.*
14–04101–abf

## JUDGMENT

     The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: Judgment is entered in favor of Plaintiff Rani Robinett, in the amount of $41,462.90, with such amount being NONDISCHARGEABLE pursuant to 11 U.S.C. § 523(a)(5).



Ann Thompson
Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 12/5/14

Court to serve